**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
------------------------------------x
                                    :
In re WINSTED MEMORIAL HOSPITAL,    :  Bankr. No. 96-23984 (RLK)
                                    :
     Debtor.                        :
                                    :
------------------------------------x
                                    :
ATTORNEY GENERAL RICHARD            :
BLUMENTHAL,                         :
                                    :
     Appellant,                     :
                                    :
v.                                  :  Civ. No. 3:00CV01299(AWT)
                                    :
BARBARA L. HANKIN, TRUSTEE,         :
                                    :
     Appellee.                      :
                                    :
------------------------------------x
```

**ORDER**

For the reasons stated in the court's oral ruling on the record today, the Bankruptcy Court's decision in <u>In re Winsted Memorial Hospital</u>, 249 B.R. 588 (Bankr. D. Conn. 2000), is hereby AFFIRMED.

The Clerk shall close this case.

It is so ordered.

Dated this 14th day of March, 2005 at Hartford, Connecticut.

                                                   /s/

                                  _____
                                      Alvin W. Thompson
                              United States District Judge

Case 3:00-cv-01299-AWT    Document 12    Filed 03/14/2005    Page 2 of 2