UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
-------------------------------------------------x
In re WINSTED MEMORIAL HOSPITAL :      Bankr. Case No. 96-23984 (RLK)
                                 :
         Debtor.                 :
-------------------------------------------------x
                                 :
ATTORNEY GENERAL                 :
RICHARD BLUMENTHAL,              :
                                 :
         Appellant,              :
                                 :
     v.                          :     Case No. 3:00CV1299 (AWT)
                                 :
BARBARA L. HANKIN, Trustee,      :
                                 :
         Appellee.               :
-------------------------------------------------x
```

## JUDGMENT

This matter came on for consideration of the notice of appeal of the bankruptcy court's ruling and order of June 13, 2000 to the Honorable Alvin W. Thompson, United States District Judge.

The court considered the full record of this case and the applicable principles of law, and entered an oral ruling and order affirming the bankruptcy court's denial of the following motions of the Appellant Attorney General Richard Blumenthal: 1) motion to compel trustee to abandon the Richmond Paine Trust and to lift the automatic stay dated August 18, 1999; 2) motion to compel trustee to abandon the Alice W. Burke Trust and to lift the automatic stay dated September 1, 1999;

and 3) motion to compel Trustee to abandon certain charitable trusts dated January 6, 2000.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that judgment enter, affirming the bankruptcy court's order, and the appeal is hereby dismissed.

Dated at Hartford, Connecticut this 23rd day of March, 2005.

KEVIN F. ROWE, Clerk


By: _____
    Sandra Smith
    Deputy Clerk

EOD _____