# MANDATE

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

Roseann B. MacKechnie
CLERK

Date: 5/12/05
Docket Number: 05-2032-bk
Short Title: In Re: Winsted Mem Hospital v.
DC Docket Number: 00-cv-1299
DC: DISTRICT OF CONNECTICUT (NEW HAVEN)
DC Judge: Honorable Alvin Thompson

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, Foley Square, in the City of New York, on the 12th day of May, two thousand five.

In Re Winsted Memorial Hospital

The *Civil Appeals Management Plan* of this court directs that within the (10) days after filing a Notice of Appeal, the appellant shall file and serve a Pre-Argument Statement (FORM C), order a transcript of the proceedings from the court reporter and file and serve a statement concerning same (FORM D), pay docketing fee, and that in the event of default of any of these requirements the Clerk may dismiss the appeal without further notice.

The appellant herein not having so proceeded, upon consideration thereof it is **ORDERED** that the appeal from the order of 3/23/05 United States Court for the District of Conn. be, and it hereby is **DISMISSED**. Any motions pending prior to the entry of this order of dismissal are deemed **MOOT**.

For the Court,
Roseann B. MacKechnie, Clerk

By: Anna Steglich
Deputy Clerk

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

Certified    MAY 1 2 2005