**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**
Thurgood Marshall U.S. Courthouse at Foley Square   40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

CT (NEW HAVEN)

## MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s): 05-2032-BK

RICHARD BLUMENTHAL
*Plaintiff/Appellant*
v.
BARBARA L. HANKIN
*Defendant/Appellee/Trustee*

Motion for: Reinstatement of Appeal and to file Pre-Argument Statement Late

Set forth below precise, complete statement of relief sought:

We are asking for a reinstatement of the appeal and permission to file our Pre-Argument Statement Late

*[FILED stamp: JUN 0 1 2005, Roseann B. MacKechnie, SECOND CIRCUIT]*

00-CV-1299 AWT

**MOVING PARTY:** Richard Blumenthal
  X  Plaintiff     ☐ Defendant
  X  Appellant/Petitioner    ☐ Appellee/Respondent

**OPPOSING PARTY:** Barbara L. Hankin, Trustee

**MOVING ATTORNEY:** Janet A. Spaulding-Ruddell
[name of attorney, with firm, address, phone number and e-mail]
State of CT Attorney General Office
55 Elm St., P.O. Box 120
Hartford, CT  06141
Phone: 860-808-5020
Fax: 860-808-5347
Janet.Spaulding-Ruddell@po.state.ct.us

**OPPOSING ATTORNEY [Name]:** Lissa J. Paris
[name of attorney, with firm, address, phone number and e-mail]
Murtha Cullina, LLP
City Place I, 185 Asylum St.
Hartford, CT  06103-3469
Phone: 860-240-6150
Fax: 860-240-6000
lparis@murthalaw.com

Court-Judge/Agency appealed from: Hon. Alvin Thompson, District Court of Connecticut (New Haven)

**Please check appropriate boxes:**

Has **consent** of opposing counsel:
  A. been sought?           X Yes    ☐ No
  B. been obtained?         ☐ Yes    ☐ No
**Opposing counsel states that she will not oppose.**
Is **oral argument** requested?   ☐ Yes    X No
(requests for oral argument will not necessarily be granted)

Has **argument** date of appeal been set?   ☐ Yes    X No
If yes, enter date _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**
Has request for relief been made below?   ☐ Yes    ☐ No

Has this relief been previously sought
in this Court?                             ☐ Yes    ☐ No

Requested return date and explanation of emergency:

Signature of Moving Attorney:
*[signature]* Date: May 25, 2005

Has **service** been effected?   ☐ Yes    ☐ No
[Attach proof of service]

## ORDER

IT IS HEREBY ORDERED THAT the motion is **GRANTED** ~~DENIED~~.

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

Date: Aug 30, 2005

*[FILED stamp: AUG 3 0 2005]*

A TRUE COPY
Roseann B. MacKechnie, CLERK
by *[signature]*
DEPUTY CLERK

Form T-1080 (Revised 10/31/02).